IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **FRANKLIN LAMAR BACON** : <br> also known as : <br> FRANKLIN LAMAR WILKERSON, : <br> : <br> Plaintiff, : <br> : CIVIL NO. 5:15-CV-0112-MTT <br> VS. : <br> : <br> **GEORGIA DEPARTMENT OF** : <br> **CORRECTIONS,** : <br> : <br> Defendant. : | |

## ORDER ON MOTIONS

Currently before the Court are Plaintiff Franklin Lamar Bacon's motions for reconsideration (Doc. 10) and for appointment of counsel (Doc. 9).  Plaintiff, a state prisoner currently confined at the Wheeler Correctional Facility in Alamo, Georgia, filed a *pro se* civil rights complaint in this Court seeking relief under 42 U.S.C. § 1983, the federal Racketeer Influenced and Corrupt Organizations Act ("RICO"), and Georgia law.  After conducting a preliminary review of the pleading, pursuant to 28 U.S.C. § 1915A(a), this Court found that Plaintiff's claims were barred by both 28 U.S.C. § 1915(g) and the State's sovereign immunity. (Doc. 7.)   His Complaint was accordingly **DISMISSED**.

The Court has now reviewed and considered Plaintiff's post-judgment motions and finds that he has failed to identify either any valid basis for reconsideration*, see* Fed. R. Civ. P. 60(b), or any exceptional circumstance warranting the appointment of counsel in this case, see *Lopez v. Reyes*, 692 F.2d 15, 17 (5th Cir. 1982).   His Motion for Reconsideration and his Motion for Appointment of Counsel are therefore **DENIED**.

**SO ORDERED**, this 12th day of May, 2015.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL
UNITED STATES DISTRICT COURT

jlr